IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Corporation Excise Tax

CHEVRON U.S.A. INC., )
a Pennsylvania Corporation, )
           )
       Plaintiff, ) TC-MD 180113G
           )
    v. )
           )
DEPARTMENT OF REVENUE, )
State of Oregon, )
           )
       Defendant. ) **FINAL DECISION OF DISMISSAL**[1]

Defendant moved to dismiss Plaintiff's Complaint on the ground that it had canceled the assessment notices from which Plaintiff had appealed. At the case management conference on May 10, 2018, Plaintiff requested 10 days to prepare a stipulation. No stipulation was forthcoming, and the court issued an order on May 23, 2018, requiring Plaintiff to stipulate, withdraw, or respond to the motion to dismiss within 10 days. Once again, the court received no response from Plaintiff. Defendant's motion to dismiss is unopposed. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered June 11, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ____ day of June, 2018.

 

 

POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Lundgren and entered on June 28, 2018.*